```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14063
   MICHAEL R ALEXANDER
   GLORIA F ALEXANDER                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6826     SSN XXX-XX-3631

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/31/08 .

   2.  The case was converted to Chapter 7 without confirmation, 10/15/2008.

   3.  The Debtor paid a total of $    1140.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG          .00            .00             .00
HOMEQ SERVICING CORP     MORTGAGE ARRE    NOT FILED            .00             .00
WILL COUNTY TREASURER    SECURED                .00            .00             .00
HSBC AUTO FINANCE        SECURED VEHIC          .00            .00             .00
WELLS FARGO FINANCIAL AC SECURED VEHIC          .00            .00             .00
CAPITAL ONE BANK         UNSECURED        NOT FILED            .00             .00
CAVALRY SPV II LLC       UNSECURED        NOT FILED            .00             .00
CINGULAR WIRELESS        UNSECURED        NOT FILED            .00             .00
CITIBANK                 UNSECURED        NOT FILED            .00             .00
LEADING EDGE             UNSECURED        NOT FILED            .00             .00
CITIBANK                 UNSECURED        NOT FILED            .00             .00
ICS INC                  UNSECURED        NOT FILED            .00             .00
JJ MACINTYRE CO INC      UNSECURED        NOT FILED            .00             .00
NICOR GAS                UNSECURED        NOT FILED            .00             .00
T MOBILE USA             UNSECURED        NOT FILED            .00             .00
TOYOTA FINANCIAL SERVICE UNSECURED        NOT FILED            .00             .00
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED     .00          .00         .00          .00            .00
PRINCIPAL PAID         .00          .00         .00          .00            .00
INTEREST PAID          .00          .00         .00          .00            .00
TOTAL PAID             .00          .00         .00          .00            .00
The Debtor's attorney, JOSEPH WROBEL ESQ                , was allowed $   3500.00
and was paid $   1000.00  direct and $   1079.18  through the plan.

The Trustee received $      60.82 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                               /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 14063 MICHAEL R ALEXANDER & GLORIA F ALEXANDER